UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

FILED BY ____PG____ D.C.

JUN 0 5 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Spectrum Image, Inc

dba Spectrum Aesthetics

vs                                                                    Civil case : 19-cv-21702-RNS

Nicholas Makozy

## MOTION TO DISMISS

AND NOW comes Nicholas Makozy, Pro-se to file this motion:

1. Defendant was served with this paperwork on or around May 15, 2019 in PA

2. Defendant has never lived in Florida, does not have an address in Florida, and never born in Florida.

3. Defendant was born and raised in PA and has continously lived there for 23 years. Attached exhibit 1 shows drivers license history dating back to Jan 5, 2013.

4. Defendant lives at 1808 Garfield St in Aliquippa, Pa. Attached exhibit 2 is the ORIGINAL lease with Teo Desantis dated from 9-17-14. It continues to renew each year thereafter.

5. Defendant graduated Mars High School in Mars , PA in 2014 and graduated college from Robert Morris University in Moon Township, PA . Defendant worked through college in PA and is still employed in a job in PA.

Defendant asks this case be immediately dismissed against him and sanction the Plaintiff along with their attorneys for $500K for damaging the good name of Nicholas Makozy. This lawsuit is splattered all over google and has damaged the good name and reputation of Defendant.

Respectfully submitted,

*[signature]*



EXHIBIT 1

# PENNSYLVANIA DEPARTMENT OF TRANSPORTATION
## BUREAU OF DRIVER LICENSING

FULL DRIVER'S HISTORY

MAY 25 2019

| | | | |
|---|---|---|---|
| FULL LEGAL NAME: | | DRIVER'S LICENSE NO: | 31091737 |
| NICHOLAS RYAN MAKOZY | | REAL ID: | NONE |
| EXPANDED NAME: | | | |
| NICHOLAS | | TRUNC: N | TRANSLIT: N |
| RYAN | | TRUNC: N | TRANSLIT: N |
| MAKOZY | | TRUNC: N | TRANSLIT: N |
| 1808 GARFIELD ST UNIT A | | DATE OF BIRTH: | MAY 22 1996 |
| ALIQUIPPA , PA 15001 | | SEX: | MALE |
| | | RECORD TYPE: | REG LICENSE |
| | | VETERAN STATUS: | NOT DECLARED |

| DRIVER LICENSE (DL) | | COMMERCIAL DRIVER LICENSE (CDL) | |
|---|---|---|---|
| LICENSE CLASS: | C | CDL LICENSE CLASS: | |
| LICENSE ISSUE DATE: | MAY 04 2016 | CDL LICENSE ISSUED: | |
| LICENSE EXPIRES: | MAY 23 2020 | CDL LICENSE EXPIRES: | |
| ORIG ISSUE DATE: | JAN 05 2013 | CDL ENDORSEMENTS: | NONE |
| MED RESTRICTIONS: | 1 | CDL RESTRICTIONS: | NONE |
| LEARNER PERMITS: | | CDL LEARNER PERMITS: | |
| LICENSE STATUS: | VALID | CDL LICENSE STATUS: | VALID |
| CDL MED SELF CERT: | | CDL LIC DOWNGRADED: | |
| | | SB ENDORSEMENT: | |

| OCCUPATIONAL LIMITED LICENSE (OLL) | | PROBATIONARY LICENSE (PL) | |
|---|---|---|---|
| OLL LICENSE CLASS: | | PL LICENSE CLASS: | |
| OLL LICENSE ISSUED: | | PL LICENSE ORIG ISS: | |
| OLL LICENSE EXPIRES: | | PL LICENSE ISSUED: | |
| OLL LICENSE STATUS: | | PL LICENSE EXPIRES: | |
| | | PL LICENSE STATUS: | |

| INTERLOCK LIMITED LICENSE (IILL) | | MEDICAL EXAMINER (ME) | |
|---|---|---|---|
| IILL LICENSE CLASS: | | ME NAME: | |
| IILL LICENSE ISSUED: | | ME TELEPHONE: | |
| IILL LICENSE EXPIRES: | | | |
| IILL LICENSE STATUS: | | | |

| MEDICAL CERTIFICATE (MC) | | | |
|---|---|---|---|
| MC STATUS: | | MC RESTRICTIONS: | |
| MC ISSUED: | | ME REGISTRY NO: | |

LICENSE NUMBER: 31091737         PAGE: 2

MC EXPIRES:         ME LICENSE NO:

        ME SPECIALITY CODE:

        ME LICENSING JURISDICTION CODE:

SKILL PERFORMANCE EVALUATION (SPE)     WAIVER/EXEMPT (W/E)

SPE EFFECTIVE:         W/E EFFECTIVE:

SPE EXPIRES:         W/E EXPIRES:

## REPORT OF VIOLATIONS AND DEPARTMENTAL ACTIONS

NO VIOLATIONS OR DEPARTMENTAL ACTIONS DURING THIS REPORTING PERIOD

## REPORT OF MEDICALS AND DEPARTMENTAL ACTIONS

NO MEDICALS OR DEPARTMENTAL ACTIONS DURING THIS REPORTING PERIOD

## REPORT OF ACCIDENTS AND DEPARTMENTAL ACTIONS

NO ACCIDENTS DURING THIS REPORTING PERIOD

\*\*\*END OF RECORD\*\*\*

WID#: 191452650000957-001

PROCESSED: 5/25/2019

# LEASE AGREEMENT

LANDLORD: TADD APARTMENTS _____ OR ASSIGNS
TENANT: Nicholas Makozy _____ SOC. SEC. _____
TENANT: _____ SOC. SEC. _____

EACH TENANT IS INDIVIDUALLY RESPONSIBLE FOR THE TERMS OF THE LEASE

ADDRESS/USE OF PREMISES
STREET: 1828 Garfield Street APT. NO. A
CITY: Aliquippa  STATE: Pa  ZIP: 15001
THESE PREMISES ARE FOR RESIDENTIAL USE BY THE ABOVE TENANT ONLY AND TENANT MAY NOT RENT OR SUB-LET THE PREMISES OR ANY PART TO ANYONE ELSE.

**1. TERM & RENT:** The Tenant shall pay to the Landlord rent for the leased premises for the term of 12 (months), beginning October 1st 2014 (date) and ending September 30th 2015 (date), the sum of $750.00 dollars ($750.00), payable in advance, in equal monthly payments of $750.00 dollars ($750.00), in full and without further demand on the FIRST day of each month during the term of the lease agreement.

After the initial term this lease will renew for the same term. Upon 45 days notice Landlord may adjust rents during each renewal without affecting other terms and conditions. Tenant may terminate by notifying Landlord in writing 30 days before end of lease term or 30 days before effective date of rent increase. Occupancy is considered in effect until the day keys are delivered to Landlord.

**2. SECURITY DEPOSIT**
The Tenant shall deposit with the Landlord a sum of $750.00 as security. Tenant agrees and understands the security deposit may be used by the Landlord for (1) unpaid rents (2) damages caused beyond the normal wear and tear to the premises and/or building in which the premises are contained and to any appliances furnished by the Landlord, (3) for any breach of lease. The security deposit shall not be used by the Tenant for the final month's rent. (TENANT WAIVES PROVISIONS OF LANDLORD TENANT ACT SECTION 511.2 REGARDING PAYMENT OF INTEREST ON SECURITY DEPOSITS.)
NM Tenant Initials    NM Tenant Initials    NM Tenant Initials

**3. LIENABLE UTILITY DEPOSIT**
The tenant shall deposit with the Landlord the sum of $ 00.00 gas, 00.00 water, 00.00 sewage, 00.00 garbage, 00.00 other. Deposit to be returned upon proof of payment of final bills. This proof is to be supplied by tenant within six months of date of vacating. (TENANT WAIVES ANY CLAIM TO INTEREST ON THE UTILITY DEPOSIT.)
NM Tenant Initials    NM Tenant Initials    NM Tenant Initials

**4. LATE CHARGE**
A late charge of $20.00 must be included if rent is paid more than 3 days after due or for any dishonored checks.
The Landlord can accept late payments or partial payments or checks or money orders marked "payment in full" without losing any rights or remedies under this agreement.

**5. RENT PAYMENTS ARE TO BE MADE TO:**
Name: Teo DeSantis
Address: PO Box 1402
City: Aliquippa  State: Pa.  Zip: 15001

**6. TENANTS OBLIGATIONS AND CONDITIONS OF OCCUPANCY**
Tenant shall (1) keep premises neat, clean, and comply with all building and housing codes, (2) not waste the utilities and agrees to comply with any applicable law, regulation or guidelines of any government authority for the regulation and conservation of utilities or fuels, (3) not destroy, alter or remove any part of the premises or the building in which the premises are located, or knowingly permit any person to do so, (4) not play or allow to be played in a loud manner so as to disturb Tenant's neighbors: a radio, television, stereo or any musical instrument, (5) notify Landlord in writing of any defects in the premises that hinder the safe or reasonable use of the premises, (6) permit Landlord to remove any vehicles owned by Tenant parked on undesignated areas of property or any unlicensed vehicles owned by Tenant, at Tenant's expense, (7) not cause the creation of foul odors. (8) Tenant shall not obstruct fire escapes or hallways, (9) not permit children to play in the common hallways, entrances, stairways or elevators, (10) not store flammable liquids in or about the premises or building in which the premises are located. (11) Tenant shall be responsible for keeping outside steps and walkways clear of snow and ice, (12) Be responsible for keeping grass cut to a reasonable length as specified either by ordinance or Landlord, (13) comply with rules and regulations as adopted by the Landlord.

**7. SMOKE ALARMS**
ACCORDING TO PENNSYLVANIA LAW ACT 1988-168, "IT SHALL BE THE RESPONSIBILITY OF THE TENANT TO INSPECT AND TEST THE OPERATION OF THE AUTOMATIC DETECTION DEVICE AT THE BEGINNING OF THE TENANT'S OCCUPANCY AND THEN MONTHLY THEREAFTER AND TO REPLACE BATTERIES IF NEEDED IN ORDER TO KEEP THE AUTOMATIC DETECTION DEVICE OPERABLE AT ALL TIMES. THE TENANT SHALL ALSO BE RESPONSIBLE FOR NOTIFYING THE OWNER IN CASE THE AUTOMATIC DETECTION DEVICE IS NOT PROPERLY FUNCTIONING.".

**8. NOTICES**
All notices required to be given by the Landlord to the Tenant shall be given by leaving the same upon the leased premises. NOTICES GIVEN BY TENANT TO LANDLORD MUST BE GIVEN BY CERTIFIED MAIL.

**9. ENTRY BY LANDLORD**
Tenant agrees to permit the Landlord, or persons authorized by the Landlord, to have access to the premises between 8:00 a.m. and 8:00 p.m. (1) to make repairs or alterations as Landlord may see fit, (2) to inspect, or to show the premises. In case of emergency, Tenant authorizes entry by the Landlord at any time.

**10. PHONE NUMBER**
Tenant agrees to forward his phone number to the Landlord within one week after installation.

**11. WATERBEDS AND LIQUID CONTAINERS**
Waterbeds or any liquid holding containers having a capacity of more than twenty gallons of liquid are not permitted in the premises without the written consent of the Landlord.

**12. PETS**
No animal of any kind shall be brought or kept in or about the premises or within the building in which the premises are contained or on the property on which the building is located without the written consent of the Landlord.

**13. STORAGE**
Storage or locker space if provided shall be used at the sole risk of tenant. Outside storage is prohibited

**14. ALTERATIONS/IMPROVEMENTS**
Tenants shall not paint, make any repairs, alterations, additions or improvements to the premises or the building in which the premises are contained without the written consent of the Landlord.

**15. TENANT INSURANCE**
Tenant is responsible for the insurance of Tenant's own person and possessions from fire and accident or other casualty regardless of its cause as well as comprehensive general liability insurance to protect Tenant from any claims in and about the premises.

**16. DAMAGES BY TENANT**
Tenant is responsible for all damages to the premises, building or appliances furnished within, caused by the Tenant's family, visitors, and employees. The Tenant agrees to pay, upon demand by the Landlord, the cost of repairs of damage. The security deposit held under the terms of this lease shall not be used by the Tenant, in whole or part, as payment for damages under this section during the term or extension of this lease. The failure of the Tenant to pay for damages upon the demand by the Landlord shall be a breach of the conditions of this lease. Tenant remains responsible for the full amount of damages existing after vacating the premises.

EXHIBIT 2

17 DAMAGE BY FIRE AND OTHER CASUALTY

This lease shall be terminated and all rents will cease if the premises or building are totally damaged by fire or other reasons, that are not the fault or negligence of the Tenant, Tenant's family, employees, or visitors as to render the premises wholly unlivable. Landlord shall not be liable to any Tenant for any loss, damage, or inconvenience resulting from fire or other reasons.

If the premises or building are partially damaged by fire or other reasons that are not the fault or negligence of the Tenant, Tenants family, employees or visitors, the rent shall be apportioned by the area and facilities that are usable. The apportioned rent will continue until the premises are restored to the condition before the damage occurred. Landlord shall not be liable to any tenant for any loss, damage, or inconvenience resulting from fire or other reasons.

If damage results from fault or negligence of the Tenant, Tenant family, employees or visitors, then Tenant shall reimburse Landlord for all damaged property and for consequential damages, including loss of income, resulting from loss of use of damaged property until it has been repaired or replaced. Tenant assumes total liability for injuries to persons that result directly or indirectly from fault or negligence of Tenant, Tenants' family, employees or visitors.

18. LOCKS

Landlord maintains right to have keys to all leased premises. The Tenant does not have the right to change or add additional locks without the written permission of the Landlord. The Landlord reserves the right to change or remove any locks installed without written permission and charge the Tenant for same or consider it a breach of the lease.

19. ABANDONMENT

In the event the Tenant shall have removed all or substantially all of the Tenant's possessions from the premises and has not paid the rent by the date such rent is due and the Landlord has, in his judgment, reasonable cause to believe the Tenant no longer inhabits the premises, the Landlord may retake possession of the premises. In addition, the Tenant agrees and understands that the Tenant shall have no further rights of entry and delivers to the Landlord all rights of possession.

Property left unclaimed more than fifteen day from the date the Landlord retakes possession after abandonment or after the expiration of the term of the lease and surrender and acceptance of the premises shall be presumed to have been abandoned, and Tenant gives Landlord possession and authority to dispose of it. Should the Landlord choose to store any of the property, he may charge a daily storage fee not to exceed an amount equal to the daily rent of the apartment. Tenant remains responsible for any damages or back rents

20. VACATE PRIOR TO EXPIRATION

Tenant shall not vacate the premises prior to the expiration of the term of this lease without the prior written consent of the Landlord. Tenant's obligations under this agreement shall continue until either the total amount due for the entire lease term has been paid or until the Landlord has obtained a new tenant for the premises.

Tenant agrees that the Landlord shall be entitled to an amount equal to the security deposit as liquidated damages in addition to seeking from the Tenant any remaining amounts that may be due on the lease.

21. VACATE PROCEDURES

(1) Tenant will provide Landlord with a 30 day notice by certified mail prior to expiration of this lease or renewal.

(2) Prior to vacating and surrender of the premises the Tenant will remove all of his/her property and clean the premises. Tenant will supply a written change of address and return the keys to the Landlord. Failure to provide Landlord a written change of address relieves the Landlord of the responsibility to forward the security deposit.

(3) The Landlord will, within 30 days of receipt of keys and written change of address, return in full or in part the security deposit. If in part the Landlord will supply a written statement of all deductions and additional charges.

22. SHARED UTILITIES

| Electricity | (Amount/Share), | Water | (Amount/Share) |
| Gas/Oil | (Amount/Share), | Sewage | (Amount/Share) |
| Other | (Amount/Share), | Other | (Amount/Share) |

Tenant will pay his stated share of utilities to _____

_____ within seven days of receipt of bill. Non-payment of Tenant's share shall constitute a breach of this lease. The landlord shall not be responsible to one party for delay or failure of another party to provide any shared utility.

23. UTILITIES

The following checked utilities are furnished by the Landlord:  NONE

electric _____ gas _____ water _____ sewage _____ garbage _____ heat _____ other _____

The Tenant shall secure all utilities not supplied by Landlord and these shall be supplied at Tenant's own expense. The Landlord shall not be liable for any delay in furnishing any such utility beyond the Landlord's control.

24. APPLIANCES

The following checked appliances are furnished by the Landlord:

refrigerator __X__  cooking stove __X__  microwave oven __X__  dishwasher _____  garbage disposal _____  air conditioner _____  washing machine _____  clothes dryer _____  other _____

Tenant shall be responsible for cleaning all appliances. No appliance shall be used for other than its designated purpose. Space heaters not permitted.

25. CONTRACT/CUSTOM

Completed rental application form is hereby made a part of this lease agreement.

This agreement sets forth all promises and agreements between Landlord and Tenant. All changes or additions must be in writing and signed by Landlord and Tenant.

The Landlord shall have the right to enforce the provisions of the lease regardless of usage or custom to the contrary.

No single exercise of any remedy provided the landlord under the terms of this lease shall be understood to have exhausted that remedy.

No delay in enforcement of any provision of this lease shall be understood as a waiver of that provision.

26. SEVERABLE

If any part or word of this lease is found contrary to law, the rest shall not be affected.

27. ***SPECIAL TERMS***  Tenants shall be responsible for maintaining walkways from ice, snow and etc NO SALT, Battery in smoke alarms, light bulbs and furnace filters every 6 months, also final cleaning and repaires. Security Deposit shall NOT be used for any rental payments. Tenants using driveway at own risk.

28. WAIVER OF ANY AND ALL NOTICE TO VACATE PREMISE

THE TENANT EXPRESSLY WAIVES ANY RIGHT TO NOTICE INCLUDING 15, 30, OR 90 DAY NOTICE, as provided in the Landlord Tenant Act of 1951 Section 501: "The notice above provided for may be for a lesser time or may be waived by the tenant if the lease so provides." The tenant further understands that (1) upon any breach of the conditions of this lease or (2) upon any expiration of this lease or (3) upon the failure of the tenant upon demand to satisfy any rent due, the Landlord need not give any notice before filing a Landlord Tenant complaint for eviction.

Tenant Initials __NM_____, Tenant Initials __NM_____, Tenant Initials __NM_____

29. ACKNOWLEDGEMENT OF CONTENTS

By signing this agreement tenant certifies his understanding of and satisfaction with its terms and will suffer no hardship as a result of it. Tenant also certifies that all required blank spaces have been filled in.

TENANT _[signature]_____  DATE __9-17-14__

TENANT _____  DATE _____

Apply shipping documents on this side.

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

P: BLACK1 S: MBLUE
109-5000  6830
1Z3E682Y353141
US COURTHOUSE
400 N MIAMI AVE
RM 8N09
MIAMI FL 33128

NICHOLAS MAKOZY
(724) 766-4434
THE UPS STORE #5820
WWW.THEUPSSTORELOCAL.COM/5820
204 GOLFVIEW DR
MONACA PA 15061-2431

SHIP CLERK OF COURTS
TO: US COURTHOUSE
400 N MIAMI AVE

MIAMI FL 33128-1801

FL 330 9-25

UPS 2ND DAY AIR
TRACKING #: 1Z 3E6 82Y 35 3141 6830

BILLING: P/P
SIGNATURE REQUIRED

Serving you for more than 100 years
United Parcel Service.

01880250709  07/15  United Parcel Service