United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Spectrum Image, Inc., d/b/a Spectrum Aesthetics, Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 19-21702-Civ-Scola ) |
| Nicholas Makozy, Defendant. | ) |

### Order On Default Judgment Procedure

On September 6, 2019 the Clerk of the Court entered a Default against Defendant Nicholas Makozy. In order to resolve this case justly and efficiently, the Court orders the Plaintiff to move for Default Judgment by **September 20, 2019**, consistent with Federal Rule of Civil Procedure 55(b).

The *Motion for Default Judgment* must include affidavits of any sum certain due from the Defendant, and any other supporting documentation necessary to determine the Plaintiff's measure of damages. The *Motion* must also be accompanied by: (1) the necessary affidavit under the Servicemembers Civil Relief Act, 50 U.S.C. app. § 521(b), if applicable; and (2) a proposed order granting the *Motion for Default Judgment* and entering Default Judgment. Pursuant to the CM/ECF Administrative Procedures, the Plaintiff must also send a proposed order to the Court by e-mail in Word format (.doc) at scola@flsd.uscourts.gov. The Plaintiff must send a copy of the *Motion* to counsel for the Defendant, or to the Defendant directly if they do not have counsel. In the certificate of service, the Plaintiff must indicate the addresses where it sent the notice.

If the Defendant fails to move to set aside the Clerk's Default, or fails to otherwise respond to this lawsuit, on or before **September 20, 2019**, Default Judgment may be entered. This means that the Plaintiff may be able to take the property or money of the Defendant, and/or obtain other relief against the Defendant.

If the Plaintiff fails to file a *Motion for Default Judgment* within the specified time this case may be dismissed without prejudice.

**Done and ordered** at Miami, Florida, on September 9, 2019.

_____
Robert N. Scola, Jr.
United States District Judge

*Copy to:*

1808 Garfield Street
Aliquippa, PA 15001