UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

FILED BY ___PG___ D.C.

SEP 16 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Spectrum Image, Inc

vs.                                                      Case no: 19-cv-21702-RNS

Nicholas Makozy

## MOTION FOR RECONSIDERATION

AND NOW comes Nicholas Makozy, Pro- se to file this Motion:

1. Defendant just found out this court rule against him because he did not respond to paperwork by Plaintiff. Plaintiff claims they sent paperwork certified mail and I was to respond by Sept 5. Defendant never received any paperwork. Plaintiff never presented to this court any evidence that it was served on Defendant.

2. New facts for this court :

a. Plaintiff grabbed and used Defendants name from the internet and is trying to portray to the court that Defendant is the correct Defendant. This is absolutely false. Defendant is a 23 year old kid who has never lived or worked in Florida and has nothing to do with the state. Defendant has a perfectly clean record who has always lived worked and went to school in Pa, not Florida.

b. Spectrum Aesthetics Center for Cosmetic Surgery was dissolved by the state of Florida in 2011. See exhibit 2

c. The state of Florida issued that name to a Nicholas Makozy in Florida in 2018. See Exhibit 3. It looks like the state issued and allowed that Nicholas Makozy to have that business Name.

d. The Federal Trademark Commission issued and allowed that Nicholas Makozy the right to use and trademark the name Spectrum Aesthetic.

e. Again, this Defendant has a clean upstanding record unlike the owners of Spectrum Aesthetics Center. See Exhibit 1. It looks like Plaintiffs are trying to commit fraud not only on the public but on this court. It is clear the owners of the out of business Spectrum Aesthetics center are convicted of federal crimes. The owner Victor Ron was convicted in this court and sentenced to 6 years in a federal prison in a Miami Pharmacy scheme. Furthermore, he was previously convicted of staging car accidents and defrauding insurance companies. His wife, Evelyn Parrado was also convicted in the Pharmacy scheme. in Exhibit 4, it shows Evelyn as one

1

of the owner of Spectrum Image along with a relative of her husband, the twice convicted federal defendant. Both Victor and Evelyn were charged and sentenced in this court. Look at the dates, the business they owned, Spectrum Aesthetic Center for Cosmetic Surgery went out of the business the same time they incorporated Spectrum Imaging. To this date, they are still using the name Spectrum Aesthetic Center for Cosmetic Surgery even though the state does not recognize it as a business and no evidence of Spectrum Imaging. See Exhibit 5. It looks like a fraud case in the making.

f. Even worse then all this, they are currently under investigation for a death at Spectrum Aesthetic Center For Cosmetic Surgery. See Exhibit 6 The attorney through all of this is the current attorney of record for this case. representing the Plaintiffs

In conclusion, Plaintiff took my name and are trying to destroy it for no other reason other then to deflect what they are doing. I will ask this court again to dismiss this case against me. I would also ask this court to order an injunction against them for operating an unathorized business. This court needs to order an investigation against Victor Ron, Evelyn Parrado and their attorney who brought this case to this court.

Respectfully submitted,

Nicholas Makozy, Pro se

EXHIBIT 1

REIMBURSEMENT (HTTPS://WWW.HEALTHCAREFINANCENEWS.COM/RESOURCE-TOPIC/REIMBURSEMENT)

REVENUE CYCLE MANAGEMENT (HTTPS://WWW.HEALTHCAREFINANCENEWS.COM/RESOURCE-TOPIC/REVENUE-CYCLE-MANAGEMENT)

CAPITAL FINANCE (HTTPS://WWW.HEALTHCAREFINANCENEWS.COM/RESOURCE-TOPIC/CAPITAL-FINANCE)

SUPPLY CHAIN (HTTPS://WWW.HEALTHCAREFINANCENEWS.COM/RESOURCE-TOPIC/SUPPLY-CHAIN)

ACCOUNTING & FINANCIAL MANAGEMENT (HTTPS://WWW.HEALTHCAREFINANCENEWS.COM/RESOURCE-TOPIC/ACCOUNTING-FINANCIAL-MANAGEMENT) | MORE

### Top Stories

 Addressing bad reviews can boost patient satisfaction (https://www.healthcarefinancenews.com/news/when-doctors-address-bad-reviews-patient-satisfaction-can-double)

 HIT, not rebates, greatest threat to affordability (https://www.healthcarefinancenews.com/news/health-insurance-tax-not-rebates-greatest-threat-affordability-unitedhealth-group-ceo-says)

Where the 7 hospitals are



DEC 31, 2015

MORE ON COMPLIANCE & LEGAL (HTTPS://WWW.HEALTHCAREFINANCENEWS.COM/RESOURCE-TOPIC/COMPLIANCE-LEGAL)

# Co-conspiring family members sentenced in Miami pharmacy fraud scheme

Co-conspirators used proceeds to buy luxury cars and fund businesses, Department of Justice said.

**Beth Jones Sanborn**
(https://www.healthcarefinancenews.com/news/author/90386)
(https://www.healthcarefinancenews.com/news/author/90386),

*Managing Editor*



**Breaking News. In-Depth Reporting. Best Practices.**
*Delivered to your inbox daily.*

Sign me up
(http://pages.healthcarefinancenews.com/hfr-newsletter-subscription.html)

### Featured Resources

Debunk the Myth: Outsourcing 

Sentencing continues for family members involved in a Medicare Part D fraud scheme that bilked the system for more than $20 million and saw its perpetrators using the funds to buy luxury cars and fund other businesses, said the FBI and the U.S. Attorney's Office, Southern District of Florida.

Eight additional co-conspirators, whom the FBI said were family members of Daniel Suarez, have been sentenced to prison as well as ordered to pay restitution for their roles in the multi-million dollar operation involving a number of Miami-area pharmacies, some of which were co-owned by family members, including Suarez.

According to the FBI, Maria Echarri, 41, of North Miami Beach, Angelina Gonzalez, 38, of Miami, Odalys del Carmen Borrego, 47, of Miami, Oslay Borrego Alarcon, 44, of Miami, were each sentenced to nine years in prison, to be followed by three years of supervised release, and were ordered to pay $20,988,632 in restitution.

Additionally, Victor Manuel Ron, 30, of Homestead, was sentenced to almost six years in prison, to be followed by three years of supervised release. Ron has a previous conviction for staging car accidents and defrauding insurance companies. His wife, Evelyn Parrado, 28, of Homestead, was sentenced to five years of probation with one year of home confinement. Ron and Parrado were ordered to pay $1,185,722 in restitution.

Finally, Enemisis Torres, 48, of Miami, was sentenced to a little more than four years in prison, followed by three years of supervised release. Aimee Geada, 39, of Miami, was sentenced to a year and a day in prison, to be followed by three years of supervised release.

[**Also:** *Pharmacy owner sentenced over $20 million Medicare fraud, spent cash on Rolls Royce, Bentley (https://www.healthcarefinancenews.com/news/pharmacy-owner-sentenced-over-20-medicare-fraud-spent-cash-rolls-royce-bentley)*]

The FBI said Suarez, Echarri, Gonzalez, Borrego, and Alarcon controlled nine pharmacies that submitted fraudulent claims to Medicare that stemmed from written prescriptions "when, in fact, such items were not properly prescribed or actually provided to Medicare beneficiaries." The five submitted more than $20 million in false claims. Evelyn Parrado posed as record owner of a pharmacy (https://www.healthcarefinancenews.com/directory/pharma), which was used to submit more than a $1 million in false claims.

Torres owned a Miami clinic where he and Geada both worked. Authorities said the two forged or altered prescriptions used at the pharmacies, and Torres "caused the submission" of millions in false claims. Geada caused the submission of at least $500,000 in false claims, the FBI and U.S. Attorney's office said.

The scheme involved the use of recruiters who received kickbacks for referring Medicare Part D beneficiaries to the pharmacies the co-conspirators controlled. Suarez, Echarri, Gonzalez, Borrego, and Alarcon used the money gleaned from the illegal operation to buy a number of luxury cars including a Rolls Royce Ghost, Bentley, Range Rover and Mercedes Benz S63 AMG. Ron and Parrado used their proceeds to fund additional businesses, Spectrum Aesthetics Center for Cosmetic Surgery and Spectrum Management of Florida, the FBI and U.S. Attorney's office said.

*Twitter: @BethJSanborn (https://twitter.com/bethjsanborn)*

Show All Comments


(https://oasc17.247realmedia.com/Rex)
(https://oasc17.247realmedia.com/Re


(https://oasc17.247realmedia.com/RealMedia/
(https://oasc17.247realmedia.com/RealMedia/x)

Breaking News. In-Depth Reporting. Best Practices.
*Delivered to your inbox daily.*

Sign me up
(http://pages.healthcarefinancenews.com/hfr-newsletter-subscription.html)

Featured Resources

Debunk the Myth: Outsourcing 

EXHIBIT 2



## Detail by Entity Name
Florida Limited Liability Company
SPECTRUM AESTHETICS CENTER FOR COSMETIC SURGERY, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L11000144759 |
| **FEI/EIN Number** | 45-4129227 |
| **Date Filed** | 12/28/2011 |
| **Effective Date** | 12/28/2011 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/27/2013 |
| **Event Effective Date** | NONE |

### Principal Address

175 SW 7 STREET
SUITE 1800
MIAMI, FL 33130

### Mailing Address

175 SW 7 STREET
SUITE 1800
MIAMI, FL 33130

### Registered Agent Name & Address

HERNANDEZ, JUAN A
10275 NW 129 STREET
HIALEAH, FL 33018

### Authorized Person(s) Detail

**Name & Address**

Title MGRM

HERNANDEZ, JUAN A
10275 NW 129 STREET
HIALEAH, FL 33018

Title MGRM

PARRADO, EVELYN

EXHIBIT 4


.org

## Detail by Entity Name

Florida Profit Corporation
SPECTRUM IMAGE, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P12000013505 |
| **FEI/EIN Number** | 45-4495246 |
| **Date Filed** | 02/08/2012 |
| **Effective Date** | 02/08/2012 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | AMENDMENT |
| **Event Date Filed** | 02/07/2019 |
| **Event Effective Date** | 02/08/2012 |

### Principal Address

51 SW 42ND AVE
1ST FLOOR
MIAMI, FL 33134

Changed: 04/25/2013

### Mailing Address

51 SW 42ND AVE
1ST FLOOR
MIAMI, FL 33134

Changed: 04/25/2013

### Registered Agent Name & Address

PARRADO, EVELYN
51 SW 42 AVE 1FL
MIAMI, FL 33134

Address Changed: 02/07/2019

### Officer/Director Detail

**Name & Address**

Title PRES/D

PARRADO, EVELYN

51 SW 42ND AVE
1ST FLOOR
MIAMI, FL 33134

Title SECRETARY TREASURER/D

RON, CHRISTOPHER
51 SW 42ND AVE
1ST FLOOR
MIAMI, FL 33134

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2017 | 01/09/2017 |
| 2018 | 01/10/2018 |
| 2019 | 01/28/2019 |

### Document Images

| | |
|---|---|
| 02/05/2019 -- Amendment | View image in PDF format |
| 01/28/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/10/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/09/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 03/01/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 02/03/2016 -- ANNUAL REPORT | View image in PDF format |
| 12/07/2015 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 10/29/2015 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 10/01/2015 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/12/2015 -- ANNUAL REPORT | View image in PDF format |
| 10/15/2014 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 10/02/2014 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/14/2014 -- ANNUAL REPORT | View image in PDF format |
| 12/13/2013 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/25/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/03/2012 -- Basic? pdf | View image in PDF format |

EXHIBIT 5

| Saline Breast Implants ~~$3500~~, $2000 | Tummy Tuck ~~$3900~~, $3000 | Brazilian Butt Lift ~~$7500~~, $2900 ✖ |
|---|---|---|
| Get Started! | Get Started! | Get Started! |

Spectrum Aesthetics (https://spectrum-aesthetics.com)
Center for Cosmetic Surgery

[f] (https://www.facebook.com/SpectrumAesthetics/)
[▶] (https://www.youtube.com/user/SpectrumAestheticsFL/)
[🐦] (https://twitter.com/spectrumbeauty/)
[in] (https://www.linkedin.com/company/4706433)
[t] (https://spectrum-aesthetics.tumblr.com/)
[📷] (https://instagram.com/spectrumaesthetics/)

**1.305.514.0318**
(tel:1.305.514.0318)
📍 51 SW 42nd Ave Miami, FL (U.S.) 33134

Get Free Online Consultation

- Home (https://spectrum-aesthetics.com/)
- Our Team (https://spectrum-aesthetics.com/staff/)
- Before-After
- Breast (https://spectrum-aesthetics.com/breast-procedures/)
- Body
- Face
- Finance (https://spectrum-aesthetics.com/financing-plastic-surgery/)
- Offers (https://spectrum-aesthetics.com/specials/)
- Appointment (https://spectrum-aesthetics.com/appointment/)
- Upload Photos (https://spectrum-aesthetics.com/upload-photos/)
- More
- Contact (https://spectrum-aesthetics.com/contact-us/)

Financing Options (https://spectrum-aesthetics.com/financing-plastic-surgery/)    Photo Evaluation (https://spectrum-aesthetics.

Special Offers (https://spectrum-aesthetics.com/specials/)

## Meet Our Doctors

Dr. Mel Ortega          Dr. Oliver Chang          (https://spectrum-aesthetics.com/nidia-de-jesus/)

Dr. Nidia De Jesus
(https://spectrum-aesthetics.com/nidia-de-jesus/)

PUBLIC RECORDS SEARCH
First Name     Last Name

# Married Mother Dies After Cosmetic Surgery in Miami

Dan Krauth



The cosmetic surgery community reacts to the death of a married mother who underwent a popular procedure.
(Published Friday, March 18, 2019)



**Local Doctor Reacts to Cosmetic Surgery Death**

### TRENDING STORIES

 [VIDEO] Woman Robbed, Pepper-Sprayed Man at Miami Beach Hotel: Police

 [VIDEO] Man Sets Woman On Fire, Fatally Beats Another: Miami Police

 More Bodies Recovered in Bahamas Amid Damage From Dorian

 [VIDEO] Student Arrested for Bringing Gun to Miramar School

 [VIDEO] Sinking Transformer Box Worries Woman

A married mother of two died after undergoing a popular cosmetic surgery in Miami.

A family member of Nikisha Lewis tells the NBC 6 Investigators the 32-year-old traveled from her home in Antigua to Spectrum Aesthetics on Monday to undergo a liposuction procedure.

- Under New Rules, Rookie Doctors Can Work 24-Hour Shift

Someone at Spectrum dialed 911 around 5:30pm Monday stating Lewis had stopped breathing and paramedics rushed her to the hospital. Medical Examiner reports show Lewis was pronounced dead approximately two hours later.

### WEATHER FORECAST



86° Scattered Clouds

PRESENTED BY

 
Radar   Forecast





NEWSLETTERS

Email



Lewis was an immigration officer for the airport on the island of Antigua, a wife, and a mother to two children. Family members did not want to speak on camera but told the NBC 6 Investigators they were devastated by the sudden loss and are anxious to hear her exact cause of death.

The Miami Dade Medical Examiner's Office said the cause of death could not be determined immediately after the autopsy and it could take weeks to find out the exact reason Lewis died.



The procedure was performed by Dr. Rami Ghurani. His attorney, Julie Ingle, sent NBC 6 Investigators the following statement: "Our deepest condolences go out to the patient's family. Dr. Ghurani is deeply saddened by the loss of his patient and offers his thoughts and prayers during this difficult time. We are unable to provide any details on the patient's care and treatment due to privacy laws; however, Dr. Ghurani provided the highest level of care as he does with all patients."

- Doctors Remove 140-Pound Tumor from Pa. Woman

An attorney for Spectrum Aesthetics, Kubs Lalchandani, also said he could not comment on specifics about what happened due to privacy laws but he also released a statement: "Our prayers go out to the patient's family and loved ones. Spectrum Aesthetics is a proud member of the South Florida community and is committed to upholding the highest standards of medical care and patient safety. Spectrum is conducting a comprehensive investigation into the matter and is cooperating with state officials to determine the cause of the incident."





The NBC 6 Investigators found Lewis is one of 10 women who died after cosmetic surgery in our area in the past six years. Those are the deaths NBC 6 investigators were able to track down through public records and information from family. Doctors and clinics are not required to disclose deaths to the public.

- Judge: No Stand Your Ground Defense in 2014 Theater Shooting

*Get the latest from NBC 6 anywhere, anytime*

**Download the App**
Available for iOS and Android

**Follow NBC 6**

**MORE FROM THE WEB**

**Free Shipping + 3 Gifts!**
mychicagosteak.com

Sponsored

**Man Who Called DOW 20,000 Has Surprising ...**
Investing Outlook

Sponsored

**3 Warning Signs Your Dog Is Crying For Help**


